Ranko S. Ignjatovic, Plaintiff-Cross-Defendant-Appellee, v. Rosemary Ignjatovic, Defendant-Cross-Complainant-Appellant.

Gen. No. 46,860. (Abstract of Decision.)

First District, First Division.

May 7, 1956.

Released for publication June 12, 1956.

Lloyd C. Moody, for defendant-appellant; no brief filed for plaintiff-appellee. Opinion by JUDGE NIEMEYER. Not to be published in full.